UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
EUCLIDES BARTOLOMÉ BUGLIOTTI, MARIA CRISTINA DE BIASI, ROXANA INÉS ROJAS, DENISE LAURET, AND MARIA CARLA GONANO,

                Plaintiffs,

-against-   23 **CIVIL** 6588 (LAP)

**JUDGMENT**

THE REPUBLIC OF ARGENTINA,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 30, 2024, Republic's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
      September 30, 2024

                                          **DANIEL ORTIZ**
                                          Acting Clerk of Court

                        BY: _____
                                          **Deputy Clerk**