UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUCLIDES BARTOLOMÉ BUGLIOTTI,
MARIA CRISTINA DE BIASI, ROXANA
INÉS ROJAS, DENISE LAURET, and
MARIA CARLA GONANO,

               Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA

               Defendant.

23-CV-6588 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Court of Appeals' mandate remanding this case for further proceedings. (See Dkt. 42.)  The parties shall confer and inform the Court, by letter, how they propose to proceed no later than May 30, 2026.

**SO ORDERED.**

Dated:    New York, New York
        April 23, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

1