UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCLIDES BARTOLOMÉ BUGLIOTTI, MARIA CRISTINA DE BIASI, ROXANA INÉS ROJAS, DENISE LAURET, and MARIA CARLA GONANO,

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA

Defendant.

23-CV-6588 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a status conference on July 30, 2026 at 2:00 PM.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

LORETTA A. PRESKA
Senior United States District Judge