CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

D: +1 (212) 225-2912
rmukhi@cgsh.com

July 30, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Bugliotti et al v. The Republic of Argentina*, 23-cv-06588

Dear Judge Preska:

We write on behalf of the Republic of Argentina (the "Republic") with the consent of Plaintiffs Euclides Bartolome Bugliotti, Maria Cristina De Biasi, Roxana Ines Rojas, Denise Lauret, and Maria Carla Gonano (collectively, the "Plaintiffs").

On July 1, 2026, Plaintiffs filed a petition for a writ of certiorari with the United States Supreme Court. *See* U.S. Supreme Court Docket No. 26-72. As of July 29, 2026, the petition is ready for distribution to the Supreme Court for its consideration.

In light of the foregoing, the parties have agreed to stay these proceedings pending the resolution of Plaintiffs' certiorari petition. This is the first such request. If the stay is agreeable to the Court, we respectfully request that Your Honor endorse this letter.

Respectfully,

Rahul Mukhi

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

July 30, 2026